HASSARD BONNINGTON LLP
Marc N. Zimmerman, Esq. (#100521) mnz@hassard.com
B. Thomas French, Esq. (#65848) btf@hassard.com
275 Battery Street, 16th Floor
San Francisco, California  94111
Telephone:  (415) 288-9800
Fax:  (415) 288-9801

Attorneys for Defendant
CLEMENT JONES, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SIGNAL MUTUAL INDEMNITY ASSOCIATION, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH, dba ST FRANCIS MEMORIAL HOSPITAL, CLEMENT JONES, M.D., M. DAVID COHEN, M.D., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:15-cv-03818-HSG<br><br>**STIPULATION TO CONTINUE HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS;**<br><br>**ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS** |

**STIPULATION TO CONTINUE HEARING DATE**

IT IS HEREBY STIPULATED by and between plaintiff, Signal Mutual Indemnity Association, Ltd., defendant Dignity Health, dba St. Francis Memorial Hospital, Clement Jones, M.D., and M. David Cohen, M.D., through their respective designated counsel of record, that the hearings on the Motions to Dismiss filed by defendants Clement Jones, M.D., and M. David Cohen, M.D., currently scheduled for

November 10, 2016, be continued to December 8, 2016, at 2:00 p.m., in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: October 17, 2016

WELTIN, STREB & WELTIN, LLP

By: __/s/ Philip R. Weltin____
    Philip R. Weltin
    Lindsay R. McKasson

Attorneys for Plaintiff
SIGNAL MUTUAL INDEMNITY ASSOCIATION, LTD.

Dated: October 17, 2016

HASSARD BONNINGTON LLP

By: __/s/ B. Thomas French___
    Marc N. Zimmerman
    B. Thomas French

Attorneys for Defendant
CLEMENT JONES, M.D.

Dated: October 17, 2016

RANKIN, SPROAT, MIRES, REYNOLDS, SHUEY & MINTZ

By: __/s/ Pamela Shafer_____
    David T. Shuey
    Pamela Shafer

Attorneys for Defendant
M. DAVID COHEN, M.D.

[signatures continue on following page]

STIPULATION TO CONTINUE HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS; ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS
C:\Users\RILEYN~1.CAN\AppData\Local\Temp\notes1A03DD\Stip   Order to Cont Hearings on MTD.WD (01058474).DOCX-101716

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS; ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS
C:\Users\RILEYN~1.CAN\AppData\Local\Temp\notes1A03DD\Stip   Order to Cont Hearings on MTD.WD (01058474).DOCX-101716

Dated: October 17, 2016

SHEUERMAN, MARTINI, TABARI, ZENERA & GARVIN

By: __/s/ Cyrus A. Tabari____
Cyrus A. Tabari

Attorneys for Defendant
DIGNITY HEALTH, dba ST. FRANCIS MEMORIAL HOSPITAL

## ORDER

**Pursuant to stipulation**, the hearings on the Motions to Dismiss filed by Clement Jones, M.D., and by M. David Cohen, M.D., currently scheduled for November 10, 2016, are hereby continued to December **15**, 2016, at 2:00 p.m., in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, California..

**IT IS SO ORDERED**.

Dated: October 17, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

**ATTESTATION RE SIGNATURES**

I hereby certify that each of the persons whose signatures appear on the attached Stipulation to Continue Hearings on Defendants' Motions to Dismiss have concurred in this stipulation and have authorized me to affix their electronic signatures to it.

Dated: October 17, 2016

                                          HASSARD BONNINGTON LLP

                                          By: __/s/ B. Thomas French____
                                                    B. Thomas French