Philip R. Weltin, Esq. SBN 46141
Lindsay R. McKasson, Esq. SBN 293144
WELTIN, STREB & WELTIN, LLP
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone     (510) 251-6060
Facsimile      (510) 251-6040
lmckasson@weltinlaw.com

Attorneys for Plaintiff
SIGNAL MUTUAL INDEMNITY
ASSOCIATION, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SIGNAL MUTUAL INDEMNITY ASSOCIATION, LTD., <br><br> Plaintiff, <br> v. <br><br> DIGNITY HEALTH dba ST. FRANCIS MEMORIAL HOSPITAL; CLEMENT JONES, M.D.; M. DAVID COHEN, M.D., and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 3:15-CV-03818-HSG <br><br> **NOTICE OF DISMISSAL OF RELATED STATE COURT ACTION; REQUEST FOR JUDICIAL NOTICE PURSUANT TO FRCP 201** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the underlying action, *Deahnna Washington v. Marine Terminals Corp.* Alameda County Superior Court No. RG13678845 has been dismissed. A Notice of Entry of Dismissal as well as the Request for Dismissal are attached hereto as **Exhibit A**.

**REQUEST IS HEREBY MADE**, pursuant to Federal Rule of Civil Procedure 201, that the Court take judicial notice of this fact.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: June 23, 2017 | WELTIN, STREB & WELTIN LLP |
| 2 | | |
| 3 | | /s/ |
| 4 | | Philip R. Weltin<br>Attorney for Plaintiff |

# EXHIBIT A

CIV-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Philip R. Weltin 46141<br>Weltin, Streb & Weltin LLP<br>1432 Martin Luther King Jr. Way<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 251-6060    FAX NO.: (510) 251-6040<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name): Plaintiff Deahnna Washington | **FILED BY FAX**<br>ALAMEDA COUNTY<br>June 21, 2017<br>CLERK OF<br>THE SUPERIOR COURT<br>By Melanie Williams, Deputy<br>CASE NUMBER:<br>**RG13678845** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 24405 Amador Street (Dept 516)<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Hayward, CA 94544<br>BRANCH NAME: Unlimited / Hayward Hall of Justice | |
| PLAINTIFF/PETITIONER: Deahnna Washington | |
| DEFENDANT/RESPONDENT: Marine Terminals Corp. | |
| **NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE**<br>☒ Personal Injury, Property Damage, or Wrongful Death<br>  ☐ Motor Vehicle   ☒ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☐ Other (specify): | CASE NUMBER:<br>RG13678845 |

TO ATTORNEYS AND PARTIES WITHOUT ATTORNEYS: A dismissal was entered in this action by the clerk as shown on the Request for Dismissal. (Attach a copy completed by the clerk.)

Date: 6/20/2017

Philip R. Weltin
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                                   (SIGNATURE)

**PROOF OF SERVICE**

1. I am over the age of 18 and not a party to this cause. My residence or business address is:
   Weltin, Streb & Weltin LLP, 1432 Martin Luther King, Jr. Way, Oakland CA 94612

2. ☒ I am a resident of or employed in the county where the mailing occurred. I served a copy of the *Notice of Entry of Dismissal* and *Request for Dismissal* by mailing them, in a sealed envelope with postage fully prepaid, as follows:
   a. ☐ I deposited the envelope with the United States Postal Service.
   b. ☒ I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.
   c. Date of deposit: 6/20/2017      d. Place of deposit (city and state): Oakland CA
   e. Addressed as follows (name and address): See attached service list

3. ☐ I served a copy of the *Notice of Entry of Dismissal and Request for Dismissal* by personally delivering copies as shown below:
   a. Name of person served:
   b. Address at which person served:
   c. On (date):              d. At (time):

4. ☐ I served a copy of the *Notice of Entry of Dismissal* and *Request for Dismissal* by electronically serving copies as shown below (complete if electronic service is used based on a court order or agreement of the parties):
   a. Name of person served:
   b. Electronic service address of person served:
   c. On (date):              d. At (time):
   e. Electronic service address from which I served the documents:
      ☐ Proof of electronic service is attached.

5. ☒ Proof of service on additional parties is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/20/2017

Jill K. Park
(TYPE OR PRINT NAME)                                        (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-120 [Rev. January 1, 2013]

**NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

Washington, Dwayne

Case 4:15-cv-03818-HSG Document 53 Filed 06/23/17 Page 5 of 6

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:<br>Philip R. Weltin 46141<br>Weltin, Streb & Weltin LLP<br>1432 Martin Luther King Jr. Way<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 251-6060  FAX NO. *(Optional)*: (510) 251-6040<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff Deahnna Washington | 20182926 -110 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 2233 Shoreline Drive (Dept 301)<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Alameda, CA 94501<br>BRANCH NAME: Unlimited / George E. McDonald Hall of Justice | **FILED**<br>ALAMEDA COUNTY<br>JUN 1 2 2017<br>CLERK OF THE SUPERIOR COURT<br>By_____ Deputy |
| PLAINTIFF/PETITIONER: Deahnna Washington<br>DEFENDANT/RESPONDENT: Marine Terminals Corp. | |
| **REQUEST FOR DISMISSAL** | CASE NUMBER:<br>RG13678845 |

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.
This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please dismiss this action as follows:
    a. (1) [X] With prejudice  (2) [ ] Without prejudice
    b. (1) [X] Complaint  (2) [ ] Petition
       (3) [X] Cross-complaint filed by *(name)*: Marine Terminals Corp.  on *(date)*: 7/10/15
       (4) [ ] Cross-complaint filed by *(name)*:  on *(date)*:
       (5) [X] Entire action of all parties and all causes of action
       (6) [X] Other *(specify)*: all parties to bear own costs of suit and attorneys fees

2. *(Complete in all cases except family law cases.)*
   The court [ ] did [X] did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: May 25, 2017

Philip R. Weltin
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ *(signature)*

Attorney or party without attorney for:
[X] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date: June 9, 2017
Frank C. Brucculeri
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ *(signature)*

Attorney or party without attorney for: Marine Terminals Corp.
[ ] Plaintiff/Petitioner  [X] Defendant/Respondent
[X] Cross-Complainant

*(To be completed by clerk)*
4. [X] Dismissal entered as requested on *(date)*:
5. [ ] Dismissal entered on *(date)*:  as to only *(name)*:
6. [ ] Dismissal not entered as requested for the following reasons *(specify)*:

7. a. [ ] Attorney or party without attorney notified on *(date)*:
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
      [ ] a copy to be conformed  [ ] means to return conformed copy

Date: JUN 12 2017  Chad Finke  Clerk, by , Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

FILE BY FAX

Washington, Dwayne

| | | CIV-110 |
|---|---|---|
| PLAINTIFF/PETITIONER: Deahnna Washington | CASE NUMBER: | |
| DEFENDANT/RESPONDENT: Marine Terminals Corp. | RG13678945 | |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**
If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 60637.)

### Declaration Concerning Waived Court Fees

1. The court waived fees and costs in this action for *(name)*:

2. The person in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and costs that were waived in this action have been paid to the court *(check one)*:   ☐ Yes   ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____           ▶ _____
(TYPE OR PRINT NAME OF   ☐ ATTORNEY   ☐ PARTY MAKING DECLARATION)           (SIGNATURE)

CIV-110 [Rev. January 1, 2013]         **REQUEST FOR DISMISSAL**         Page 2 of 2

Washington, Dwayne